DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PERRY M. FLETCHER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1111

[August 22, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case Nos. 14-6219CF10A and 14-7755CF10A.

Perry M. Fletcher, Indiantown, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***